TUCKER ELLIS LLP
Brian K. Brookey - SBN 149522
brian.brookey@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:  213.430.3400
Facsimile:  213.430.3409

Attorneys for Plaintiff, BACKGRID USA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CYDNIE JORDAN NEW YORK, LLC, a New York limited liability company,<br><br>　　　　Defendant. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

　　　Plaintiff, BackGrid USA, Inc. ("BackGrid") complains against Defendant Cydnie Jordan New York, LLC ("Cydnie Jordan") as follows:

**JURISDICTION AND VENUE**

　　　1.　　This is a civil action for copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq.* This Court has subject matter jurisdiction under 28 U.S.C. § 1331, 28 U.S.C. § 1332, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

　　　2.　　Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this judicial district, Cydnie Jordan may be found and transacts business in this judicial district, and the injury BackGrid suffered took place in this judicial district. Cydnie Jordan is subject to the general and specific

personal jurisdiction of this Court because of its contacts with the State of California.

## PARTIES

3. BackGrid is a California corporation existing under the laws of California, with its principal place of business located in Redondo Beach, California.

4. BackGrid alleges on information and belief that Defendant Cydnie Jordan is a New York limited liability company with its principal place of business at 165 East 35th Street, New York, New York 10016.

## FACTS COMMON TO ALL COUNTS

5. BackGrid owns and operates one of Hollywood's largest celebrity-photograph agencies and has earned a reputation of regularly breaking scoops on sought after celebrity news. It owns the intellectual property rights, including the copyrights, to celebrity photographs that have been licensed to numerous top-tier outlets, such as TMZ, Entertainment Tonight, New York Post, People Magazine, Huffington Post, the Daily Mail, as well as many television stations, newspapers and other prominent media outlets throughout the world. Each license has been granted for valuable consideration, up to hundreds of thousands of dollars.

6. Among many other in-demand photographs, BackGrid owns photographs of well-known celebrities such as Justin Bieber and Hailey Bieber.

7. Cydnie Jordan is an apparel retailer that sells and advertises through its website, CydnieJordanNY.com. BackGrid alleges on information and belief that at least a portion of these sales are to customers residing within this district.

8. Cydnie Jordan uses social media platforms including Instagram and Facebook to promote its brands. In doing so, Cydnie Jordan frequently posts photographs of celebrities wearing its products – regardless of whether it has the legal right to do so.

## FIRST CLAIM FOR RELIEF

### (For Infringement of Copyright Registration No. VA0002208200)

9. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 8 of this Complaint as though set forth fully here.

10. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002208200, for a group of photographs titled "Justin and Hailey Bieber Make Their Exit After A Wednesday Church Service." A copy of the registration is attached as Exhibit A.

11. The photographs covered by Exhibit A are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

12. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002208200 is attached as Exhibit B.

13. Cydnie Jordan directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting photographs covered by Exhibit A on Cydnie Jordan's Instagram account, including in multiple instances as Instagram story "highlights" that remain active as of the date this complaint is filed (unlike an Instagram photo that expires after 24 hours).. Copies of the infringing posts are attached collectively as Exhibit C.

14. Cydnie Jordan used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

15. Cydnie Jordan's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

**SECOND CLAIM FOR RELIEF**

**(For Infringement of Copyright Registration No. VA0002208203)**

16. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 15 of this Complaint as though set forth fully here.

17. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002208203, for a group of photographs titled "*EXCLUSIVE* Hailey Bieber's Balenciaga jacket is one serious raincoat!-…" A copy of the registration is attached as Exhibit D.

18. The photographs covered by Exhibit D are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

19. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002208203 is attached as Exhibit E.

20. Cydnie Jordan directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting photographs covered by Exhibit D on Cydnie Jordan's Instagram account as Instagram story "highlights" that remain active as of the date this complaint is filed (unlike an Instagram photo that expires after 24 hours). Copies of the infringing posts are attached collectively as Exhibit F.

21. Cydnie Jordan used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

22. Cydnie Jordan's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

### THIRD CLAIM FOR RELIEF

### (For Infringement of Copyright Registration No. VA0002208204)

23. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 22 of this Complaint as though set forth fully here.

24. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002208204, for a group of photographs titled "*EXCLUSIVE* Hailey Bieber stops by Cha Cha Matcha before heading to her favorite Salon 901." A copy of the registration is attached as Exhibit G.

25. The photographs covered by Exhibit G are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

26. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002208204 is attached as Exhibit H.

27. Cydnie Jordan directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting photographs covered by Exhibit G on Cydnie Jordan's Instagram account, including in multiple instances as Instagram story "highlights" that remain active as of the date this complaint is filed (unlike an Instagram photo that expires after 24 hours), and CydnieJordanNY.com. Copies of the infringing posts are attached collectively as Exhibit I.

28. Cydnie Jordan used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

29. Cydnie Jordan's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

## FOURTH CLAIM FOR RELIEF

### (For Infringement of Copyright Registration No. VA0002208205)

30. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 29 of this Complaint as though set forth fully here.

31. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002208205, for a group of photographs titled "Hailey Bieber out for a solo lunch." A copy of the registration is attached as Exhibit J.

32. The photographs covered by Exhibit J are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

33. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002208205 is attached as Exhibit K.

34. Cydnie Jordan directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting photographs covered by Exhibit J on Cydnie Jordan's Instagram account, including in multiple instances as Instagram story "highlights" that remain active as of the date this complaint is filed (unlike an Instagram photo that expires after 24 hours), and CydnieJordanNY.com. Copies of the infringing

posts are attached collectively as Exhibit L.

35. Cydnie Jordan used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

36. Cydnie Jordan's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

## FIFTH CLAIM FOR RELIEF

### (For Infringement of Copyright Registration No. VA0002208420)

37. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 36 of this Complaint as though set forth fully here.

38. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002208420, for a group of photographs titled "*EXCLUSIVE* Hailey Bieber has a downcast expression while out for dinner with hubby Justin Bieber." A copy of the registration is attached as Exhibit M.

39. The photographs covered by Exhibit M are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

40. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002208420 is attached as Exhibit N.

41. Cydnie Jordan directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting photographs covered by Exhibit M on Cydnie Jordan's Instagram account, including in one instance as an Instagram story "highlight" that remains active as of the date this complaint is filed (unlike an Instagram photo that expires after 24 hours). Copies of the infringing posts are attached collectively as Exhibit O.

42. Cydnie Jordan used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

43. Cydnie Jordan's willful infringement damaged BackGrid in an amount

according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

### SIXTH CLAIM FOR RELIEF

### (For Infringement of Copyright Registration No. VA0002208474)

44. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 43 of this Complaint as though set forth fully here.

45. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002208474, for a group of photographs titled "*EXCLUSIVE* Justin and Hailey Bieber arrive for dinner at Pecorino ahead of Justin's B-day." A copy of the registration is attached as Exhibit P.

46. The photographs covered by Exhibit P are original and copyrightable under the laws of the United States.

47. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002208474 is attached as Exhibit Q.

48. Cydnie Jordan directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting a photograph covered by Exhibit P on Cydnie Jordan's Instagram account as an Instagram story "highlight" that remains active as of the date this complaint is filed (unlike an Instagram photo that expires after 24 hours). A copy of the infringing post is attached as Exhibit R.

49. Cydnie Jordan used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

50. Cydnie Jordan's willful infringement damaged BackGrid in an amount according to proof.

### SEVENTH CLAIM FOR RELIEF

### (For Infringement of Copyright Registration No. VA0002208476)

51. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 50 of this Complaint as though set forth fully here.

52. BackGrid owns all right, title, and interest in and to Copyright Registration

No. VA0002208476, for a group of photographs titled "Hailey Bieber shops at Goyard in Beverly Hills." A copy of the registration is attached as Exhibit S.

53. The photographs covered by Exhibit S are original and copyrightable under the laws of the United States.

54. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002208476 is attached as Exhibit T.

55. Cydnie Jordan directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting a photograph covered by Exhibit S on Cydnie Jordan's Instagram account, including one instance as an Instagram story "highlight" that remains active as of the date this complaint is filed (unlike an Instagram photo that expires after 24 hours). Copies of the infringing post are attached collectively as Exhibit U.

56. Cydnie Jordan used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

57. Cydnie Jordan's willful infringement damaged BackGrid in an amount according to proof.

### EIGHTH CLAIM FOR RELIEF

### (For Infringement of Copyright Registration No. VA0002208477)

58. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 57 of this Complaint as though set forth fully here.

59. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002208477, for a group of photographs titled "*EXCLUSIVE* Kendall Jenner and Hailey Bieber head out to breakfast together." A copy of the registration is attached as Exhibit V.

60. The photographs covered by Exhibit V are original and copyrightable under the laws of the United States.

61. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002208477 is attached as Exhibit W.

62. Cydnie Jordan directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting a photograph covered by Exhibit V on Cydnie Jordan's Instagram account as an Instagram story "highlight" that remains active as of the date this complaint is filed (unlike an Instagram photo that expires after 24 hours). A copy of the infringing post is attached as Exhibit X.

63. Cydnie Jordan used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

64. Cydnie Jordan's willful infringement damaged BackGrid in an amount according to proof.

## PRAYER FOR RELIEF

Therefore, BackGrid requests judgment against Cydnie Jordan as follows:

1. That Cydnie Jordan, and its officers, agents, servants, employees, and representatives, and all persons in active concert or participation with them, be permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all of the copyrighted photographs that are the subject of this action;

2. That Cydnie Jordan be ordered to account for all profits, income, receipts or other benefits it derived from the unlawful reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, that improperly or unlawfully infringe the asserted copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

3. For actual damages and disgorgement of all profits Cydnie Jordan derived from its copyright infringement, under 17 U.S.C. § 504 (a)(1) & (b);

4. For statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c),;

5. For reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

6. For costs and interest pursuant to 17 U.S.C. §§ 504 (a)(1) & (b) and 17 U.S.C. § 505; and

7. For such other and further relief that the Court deems just and proper.

DATED: June 17, 2021							Tucker Ellis LLP


												By:	*/s/ Brian K. Brookey*
													Brian K. Brookey
													brian.brookey@tuckerellis.com
													Attorneys for Plaintiff, BACKGRID USA, INC.

015281\000015\1607398

## **DEMAND FOR JURY TRIAL**

Plaintiff BackGrid USA, Inc. demands trial by jury of all issues so triable.

DATED: June 17, 2021						Tucker Ellis LLP


							By:	*/s/ Brian K. Brookey*
								Brian K. Brookey
								brian.brookey@tuckerellis.com
								Attorneys for Plaintiff, BACKGRID USA, INC.