# Exhibit N